UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                                              CASE: R14-40250-BEM

FRANK D SMITH, JR.                                    CHAPTER 13
AVA SMITH

**Debtors**

## Notice of Final Cure

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mary Ida Townson, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 14 | XXXXXXXXXX2482 | $9,851.30 | $9,851.30 | $9,851.30 |
| Total Amount Paid by Trustee | | | | $9,851.30 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  ___ Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

R14-40250-BEM

# CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

FRANK D SMITH, JR.
377 PERSONS RD.
CEDARTOWN, GA 30125

AVA SMITH
377 PERSONS RD.
CEDARTOWN, GA  30125

U.S. BANK TRUST NATIONAL ASSOCIATION
ATTN: Bankruptcy Administrator
BSI Financial Services
314 S. Franklin Street, 2nd Floor
Titusville, PA  16354

BSI FINANCIAL SERVICES
1425 GREENWAY DRIVE, SUITE 400
IRVING, TX 75038

ALDRIDGE PITE, LLC
ATTN: BANKRUPTCY ADMINISTRATOR
FIFTEEN PIEDMONT CENTER
3575 PIEDMONT ROAD, NE. STE 500
ATLANTA, GA 30305

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court Electronic Filing program, which sends a notice of this document and an accompanying link to the document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SALTER & SALTER PC

2

Dated: March 26, 2019

                                        Respectfully submitted,

                                        _/s/_____
                                        Mary Ida Townson, Attorney
                                        Standing Chapter 13 Trustee
                                        GA Bar No. 715063
                                        191 Peachtree Street, Suite 2200
                                        Atlanta, GA  30303-1740
                                        (404) 525-1110
                                        maryidat@atlch13tt.com