Fill in this information to identify the case:

| Debtor 1 | Frank D. Smith aka Frank D. Smith, Jr. |
|---|---|
| Debtor 2 (Spouse, if filing) | Ava Smith |
| United States Bankruptcy Court for the: | Northern      District of  Georgia (State) |
| Case number | 14-40250-bem |

## Form 4100R

# Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

**Name of creditor:**   U.S. Bank Trust National Association as Trustee of Cabana Series III Trust

**Court claim no.**  (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account:   2  4  8  2

**Property address:**   377 Persons Road
Number      Street

Cedartown          GA     30125
City                State    ZIP Code

### Part 2:  Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:          $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   06 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                    (a)  $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b)  $ _____

c.  **Total**. Add lines a and b.                            (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

Debtor 1   **Frank D. Smith aka Frank D. Smith, Jr.**

First Name   Middle Name   Last Name

Case number *(if known)*   14-40250-bem

---

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ **/s/ Erin M. Rose Quinn**

Signature

Date   04 / 14 / 2019

Print   **Erin**   **Mae Rose**   **Quinn**

First Name   Middle Name   Last Name

Title   **Attorney**

Company   **Bowen Quinn, P.A.**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   25400 U.S. Hwy 19 N, Suite 150

Number   Street

Clearwater   FL   33763

City   State   ZIP Code

Contact phone   ( 727 ) 474_ 9603

Email   eservice@bowenquinn.com

---